# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-12444-KHT |
| | ) | |
| McDiffitt, Andrew | ) | Chapter 13 |
| | ) | |
| McDiffitt, Dawnetta | ) | |
| | ) | |
| Debtors | ) | |

## MOTION TO SELL

Now comes the Debtors, by and through counsel, N. Craig Horvath, and moves this Court for an Order allowing the Debtors to sell their real estate pursuant to 11 U.S.C. §363 and as grounds therefore states the following:

1. The Debtors filed a Chapter13 petition on July 7, 2022.

2. The Debtors wish to sell real estate located at 123 S Center St New Washington, OH 44854 disclosed in Schedule A/B of the Debtors' petition.

3. The Debtors have been actively marketing the property

    a. The sale price is expected to be: $18,000.

    b. The approximate payoff on the real estate is $11,098.42.

    c. Approximate net proceeds: $6,901.58

4. The Debtors claimed an exemption in the property for $27,800.

WHEREFORE, the Debtors respectfully request that the Court issue an Order granting the sale of 123 S Center St New Washington, OH 44854.

DATED this 29th day of December, 2022.

Respectfully submitted,

The Horvath Law Firm, LLC

*/s/ N. Craig Horvath*

                    N. Craig Horvath # 47393
                    PO Box 698
                    Littleton, CO 80160
                    Telephone: (303) 900-8741
                    ATTORNEY FOR DEBTORS