## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | Case No. 22-12444-KHT |
| | ) | |
| McDiffitt, Andrew | ) | Chapter 13 |
| | ) | |
| McDiffitt, Dawnetta | ) | |
| | ) | |
| Debtors | ) | |

## ORDER

The Court has reviewed the Motion and file. The motion will be granted with the following conditions:

1) All liens securing the property, specifically including Schwaderer RJA LLC, will be paid in full at closing.

The Debtors' Motion to Sell their homestead located at 123 S Center St New Washington, OH 44854 is hereby granted.

DONE AND SIGNED this _____ day of _____, 2023.

BY THE COURT:

_____
United States Bankruptcy Judge