UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:
ANDREW PAUL MCDIFFITT,                          CASE NO. 22-12444-MER
DAWNNETTA LEIGH MCDIFFITT,

         DEBTORS.                               CHAPTER 13

**RESPONSE TO MOTION TO SELL**

Douglas B. Kiel, Chapter 13 Trustee, by his undersigned attorney, files his Response to Motion to Sell (the "motion"):

1. Schedule A/B (Docket No. 1) values the property at $102,580. It appears the property is encumbered by one lien totaling $7,950.81 (Proof of Claim No. 24). Debtors' claimed a $27,800 exemption in the property on Schedule C (Docket No. 1). Therefore, it appears there is approximately $66,829 of non-exempt equity in the property.

2. The motion proposes to sell the property for $18,000. Debtors should not be permitted to sell the property for less than fair market value to the detriment of general unsecured creditors.

3. The motion fails to identify which subsection of 11 U.S.C. § 363 is applicable to the motion.

4. Although unclear, Debtors may be seeking to sell the property free and clear pursuant to 11 U.S.C. § 363(f). If so, it does not appear Debtors paid the applicable filing fee required by L.B.R. 6004-1(a) and the motion does not comply with L.B.R. 6004-1(e)(1) because it does not state which subsection(s) of § 363(f) apply or the factual basis for each subsection's application.

5. To the extent Debtors seek to sell property pursuant to 11 U.S.C. § 363(b), the motion does not comply with L.B.R. 6004-1(b).

    a. The motion does not include the legal description of the real property. L.B.R. 6004-1(b)(1).

    b. The motion does not include the proposed purchase agreement. L.B.R. 6004-1(b)(2).

Wherefore, Trustee requests that Debtors' Motion to Sell be denied.

DATED: January 19, 2023                               Respectfully submitted,

                                                By: /s/ Matthew Hoelscher
                                                Matthew Hoelscher, #48884
                                                Attorney for the Chapter 13 Trustee
                                                7100 E. Belleview Ave., Ste. 300
                                                Greenwood Village, CO 80111
                                                (720) 398-4444
                                                mhoelscher@denver13.com


## CERTIFICATE OF MAILING

      I hereby certify that a true and correct copy of the above Response to Motion to Sell was placed in the U.S. Mail, postage prepaid, on January 19, 2023 addressed as follows:


The Horvath Law Firm LLC

Via CM ECF


                                                /s/   Matthew Hoelscher
                                                         Staff Attorney